

# Fourth Court of Appeals
## San Antonio, Texas

August 18, 2015

No. 04-15-00181-CR

Genevieve Marie **PANTOJA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR4434
Honorable Steve Hilbig, Judge Presiding

## O R D E R

After this court granted appellant two previous extensions of time to file appellant's brief, the brief was due August 12, 2015. Appellant has now filed a third motion for extension of time, asking for an additional thirty days to file the brief. We **GRANT** appellant's motion and **ORDER** appellant to file his brief on or before **September 11, 2015**, which is thirty days from the current due date (appellant stated in the motion that the brief would be due September 14, 2015, if a thirty-day extension was granted – this is incorrect). We advise appellant that **NO FURTHER EXTENSION OF TIME TO FILE THE BRIEF WILL BE GRANTED ABSENT WRITTEN PROOF OF EXTRAORDINARY CIRCUMSTANCES**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court